HANSON BRIDGETT LLP
PATRICK M. GLENN - 141604
pglenn@hansonbridgett.com
SAMANTHA WOLFF - 240280
swolff@hansonbridgett.com
MARK GABEL - 253729
mgabel@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

THE PERMANENTE MEDICAL GROUP, INC.
GARY S. DULBERG - 130942
gary.s.dulberg@kp.org
1800 Harrison Street, Ste. 2350
Oakland, CA 94612
Telephone: (510) 625-4727
Facsimile: (510) 625-7008

Attorneys for Defendants The Permanente Medical Group, Inc., Kaiser Foundation Hospitals, Lisa Connelly, and Beth Shfran-Mukai

CHASTAIN LAW GROUP, A.P.C.
ROBERT L. CHASTAIN
6 Shorebreeze Court
East Palo Alto, California 94303
(650) 855-4876 phone
(650) 566-8076 fax

Attorney for Plaintiff Mary Matthews

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARY D. MATTHEWS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., KAISER FOUNDATION HOSPITALS, LISA CONNELLY, BETH SHAFRAN-MUKAI and DOES 1 – 20, inclusive,<br><br>    Defendants. | No. CV 09-6068 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: February 24, 2010     HANSON BRIDGETT LLP

By: *[signature]*
PATRICK M. GLENN
SAMANTHA D. WOLFF
Attorneys for Defendants The Permanente Medical Group, Inc., Kaiser Foundation Hospitals, Lisa Connelly, and Beth Shafran-Mukai

DATED: February 23, 2010     CHASTAIN LAW GROUP, A.P.C.

By: *[signature]*
ROBERT L. CHASTAIN
Attorney for Plaintiff Mary Matthews

IT IS SO ORDERED.

DATED: 02/24/2010

*[signature]*
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

- 2 -
STIP. AND [PROP.] ORDER FOR DISMISSAL
CASE NO. CV 09-6068 (RS)

2218690.1