| | |
|---|---|
| 1  HANSON BRIDGETT LLP<br>    PATRICK M. GLENN - 141604 | |
| 2  pglenn@hansonbridgett.com | *E-Filed 02/24/2010* |
| 3  SAMANTHA WOLFF - 240280<br>    swolff@hansonbridgett.com | |

1   HANSON BRIDGETT LLP
    PATRICK M. GLENN - 141604
2   pglenn@hansonbridgett.com                    *E-Filed 02/24/2010*
    SAMANTHA WOLFF - 240280
3   swolff@hansonbridgett.com
    MARK GABEL - 253729
4   mgabel@hansonbridgett.com
    425 Market Street, 26th Floor
5   San Francisco, CA 94105
    Telephone: (415) 777-3200
6   Facsimile: (415) 541-9366

7   THE PERMANENTE MEDICAL GROUP, INC.
    GARY S. DULBERG - 130942
8   gary.s.dulberg@kp.org
    1800 Harrison Street, Ste. 2350
9   Oakland, CA 94612
    Telephone: (510) 625-4727
10  Facsimile: (510) 625-7008

11  Attorneys for Defendants The Permanente Medical Group,
    Inc., Kaiser Foundation Hospitals, Lisa Connelly, and Beth
12  Shfran-Mukai

13  CHASTAIN LAW GROUP, A.P.C.
    ROBERT L. CHASTAIN
14  6 Shorebreeze Court
    East Palo Alto, California 94303
15  (650) 855-4876 phone
    (650) 566-8076 fax
16
    Attorney for Plaintiff Mary Matthews
17
                    **UNITED STATES DISTRICT COURT**
18
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19
                         **SAN JOSE DIVISION**
20

21  MARY D. MATTHEWS,                    No. CV 09-6068 (RS)

22              Plaintiff,               **STIPULATION AND [PROPOSED]**
                                         **ORDER FOR DISMISSAL**
23       v.

24  THE PERMANENTE MEDICAL
    GROUP, INC., KAISER FOUNDATION
25  HOSPITALS, LISA CONNELLY, BETH
    SHAFRAN-MUKAI and DOES 1 – 20,
26  inclusive,

27              Defendants.

28
                                 - 1 -

|   |   |
|---|---|
| 1 | |
| 2 | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). |

DATED: February 24, 2010     HANSON BRIDGETT LLP

By: *[signature]*
PATRICK M. GLENN
SAMANTHA D. WOLFF
Attorneys for Defendants The Permanente Medical Group, Inc., Kaiser Foundation Hospitals, Lisa Connelly, and Beth Shafran-Mukai

DATED: February 23, 2010     CHASTAIN LAW GROUP, A.P.C.

By: *[signature]* Robert L. Chastain
ROBERT L. CHASTAIN
Attorney for Plaintiff Mary Matthews

IT IS SO ORDERED.

DATED: 02/24/2010

*[signature]*
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE